**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**J.B. HUNT TRANSPORT, INC.**                                                              **PLAINTIFF**

**v.**                                        **Case No. 5:26-cv-05053-DCF**

**HOUSTON CASUALTY COMPANY;**
**CHAUCER INSURANCE COMPANY DAC;**
**AND LLOYD'S SYNDICATE CHAUCER 1084**                                 **DEFENDANTS**

**CHAUCER INSURANCE COMPANY DAC CORPORATE DISCLOSURE**
**STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Chaucer Insurance Company DAC makes the following disclosure:

Chaucer Insurance Company DAC is a designated activity company and private company limited by shares, incorporated in the Republic of Ireland, with its registered office at The Greenway, 112–114 St Stephen's Green, Dublin 2, D02 TD28, Ireland.

Chaucer Insurance Company DAC's parent corporation is China Re International Company Limited, with a registered address at 52 Lime Street, London, United Kingdom, EC3M 7AF. No publicly held corporation owns 10% or more of the stock or ownership interests of Chaucer Insurance Company DAC.

Chaucer Insurance Company DAC has no subsidiaries or affiliated entities that are organized, incorporated, or have their principal place of business in the United States.

Chaucer Insurance Company DAC has not issued any publicly traded securities.

R. Ryan Younger, Esq. (Ark. Bar No. 2008209)
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
(501) 379-1700 Telephone
(501) 379-1701 Facsimile
ryounger@qgtlaw.com

and

Helen Franzese, Esq.
FORAN GLENNON (UK) LLP
10 Lloyd's Avenue – First Floor
London
EC3N 3AJ
England
+44 (0) 75 3889 7547 Telephone
hfranzese@foranglennon.co.uk

Anna Manalaysay, Esq.
FORAN GLENNON LLP
40 Wall Street, 54th Floor
New York, New York 10005
(212) 257-7113 Telephone
amanalaysay@fgpppr.com

*Attorneys for Defendants*

2